IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01498-AP

DAVID W. HISERODT,

        Plaintiff,
v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.


## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES


## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

TERESA H. ABBOTT
Law Office of Teresa Abbott, P.C.
3515 South Tamarac Drive, Suite 200
Denver, CO 80237
Telephone (303) 757-5000
Fax (303) 689-9627
E-mail: abbott.teresa@gmail.com

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States
Attorney 1001 17th Street
Denver, Colorado 80202
(303) 844-0017
 tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. ¤ 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** 06/28/10
**B. Date Complaint Was Served on U.S. Attorney's Office:** 06/29/10
**C. Date Answer and Administrative Record Were Filed:** 08/26/10

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states**:  That the Administrative Record appears to be complete and accurate.

**Defendant states**: That the Administrative Record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states**: None anticipated.

**Defendant states**: None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8.     BRIEFING SCHEDULE**

**A. Plaintiff's Opening Brief Due:** 11/01/2010
**B. Defendant's Response Brief Due:** 12/15/2010
**C. Plaintiffs Reply Brief (If Any) Due:** 12/30/2010

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiff's Statement:** Plaintiff does not request oral argument.

**B. Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.     ( )  All parties have consented to the exercise of jurisdiction of a United
States Magistrate Judge.
B.     (**X**)  All parties have not consented to the exercise of jurisdiction of a United
States Magistrate Judge.

**11.    OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with
D.C.Colo.L.Civ.R. 7.1(c) by submitting proof that a copy of the motion has been
served upon the moving attorney's client, all attorneys of record, and all *pro se*
parties.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
The parties agree that the Joint Case Management Plan may be altered or
amended only upon a showing of good cause.

        DATED this 4th  day of October, 2010.

                        BY THE COURT:

                        *S/John L. Kane*
                        U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:                                          For Defendant:

s/Teresa H. Abbott                                     UNITED STATES ATTORNEY
TERESA H. ABBOTT
Law Office of Teresa Abbott, P.C.                      DAVID M. GAOUETTE United
3515 South Tamarac Drive, Suite                        States Attorney
200
Denver, CO 80237                                       KEVIN TRASKOS
Telephone (303)757-5000                                Deputy Chief, Civil Division
Fax (303) 689-9627                                     United States Attorney's Office
E-mail: abbott.teresa@gmail.com                        District of Colorado


Attorney for Plaintiff                                 s/ Thomas H. Kraus
                                                       THOMAS H. KRAUS
                                                       Special Assistant U.S. Attorney 1001
                                                       17th Street Denver, Colorado 80202
                                                       Telephone: (303) 844-0017
                                                       tom.kraus@ssa.gov

                                                       Attorneys for Defendant