IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01498-WYD

DAVID W. HISERODT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act filed October 21, 2011.  The motion asserts that the parties have stipulated that Plaintiff be awarded attorney fees in the amount of $5,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Having reviewed the motion and finding good cause therefor, it is

ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 23) is **GRANTED**.  In accordance therewith, attorney fees in the amount of **$5,000.00** are awarded, which shall be made payable to Plaintiff and mailed to the office of his attorney of record.

Dated October 25, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge